**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EITAN COHEN,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL MANAGEMENT SERVICES, L.P. d/b/a CAPITAL MANAGEMENT SERVICES LP,<br><br>Defendant. | Case No.: 1:26-cv-7538 |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, Capital Management Services, LP ("CMS"), hereby removes the above captioned civil action from the Supreme Court of the State of New York, Queens County, to the United States District Court for the Eastern District of New York. The removal of this civil action is proper because:

1. CMS is a defendant in a civil action filed by plaintiff, Eitan Cohen ("plaintiff"), in the Supreme Court of the State of New York, Queens County, captioned as *Eitan Cohen v. Capital Management Services, LP,* Case No. 726335/2026 (hereinafter the "State Court Action"). CMS consents to removal and there are no other defendants that have appeared in this matter.

2. Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, CMS removes the State Court Action to this Court, which is the federal judicial district in which the State Court Action is pending.

3. The Complaint in the State Court Action asserts claims under the federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*, and New York General Business Law ("GBL") Article 25 and § 349. A True and correct copy of the Complaint in the State Court Action is attached hereto as **Exhibit A.**

4. Removal of the State Court Action is proper under 28 U.S.C. § 1441. If the action had originally been brought in this Court, this Court would have original, federal question jurisdiction over plaintiff's FCRA claims pursuant to 28 U.S.C. § 1331 and would have supplemental jurisdiction over the state law claims asserted pursuant to 28 U.S.C. § 1367.

5. The Supreme Court of the State of New York, Queens County is located within the Eastern District of New York. Therefore, venue for purposes of removal is proper because the United States District Court for the Eastern District of New York embraces the place in which the removed action was pending. *See* 28 U.S.C. § 1441(a).

6. Pursuant to 28 U.S.C. § 1446(b), CMS has timely filed this Notice of Removal. CMS was served with the Summons and Complaint on October 23, 2026. This Notice of Removal is being filed within 30 days from service of the Summons and Complaint.

7. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Supreme Court of the State of New York, Queens County.

WHEREFORE, Defendant, Capital Management Services, LP, respectfully removes this action from the Supreme Court of the State of New York, Queens County, to the United States District Court for the Eastern District of New York.

Dated: November 23, 2026

Respectfully submitted,

*/s/ Kirsten H. Smith*
Kirsten H. Smith, Esq.
SESSIONS, ISRAEL & SHARTLE, LLC
3838 North Causeway Blvd., Ste 2800
Metairie, LA 70002-8319
Telephone: (504) 846-7943
Facsimile: (504) 828-3737
Email: ksmith@sessions.legal

*Attorney for Defendant,*
*Capital Management Services, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2026 a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of New York, and served via CM/ECF and U.S. Mail upon the following:

Elliot M. Elo
The Law Office of Elliot M. Elo, Esq. PLLC
42 West 48th Street, 2nd Floor
New York, NY 10036
*Counsel for Plaintiff,*
*Eitan Cohen*

*/s/ Kirsten H. Smith*
Kirsten H. Smith